1

2

3

4

5

6

7

8

9

10                           UNITED STATES DISTRICT COURT

11                              EASTERN DISTRICT OF CALIFORNIA

12

JOHN WADE LEWIS,                    )      1:06-CV-0039 AWI SMS HC
13                                          )
                    Petitioner,     )      ORDER ADOPTING FINDINGS AND
14                                          )      RECOMMENDATION
                                    )      [Doc. #3]
15        v.                        )
                                    )      ORDER DISMISSING GROUND THREE
16                                          )      FROM THE PETITION FOR WRIT OF
                                    )      HABEAS CORPUS
17   DERRAL G. ADAMS, Warden,       )
                                    )      ORDER REFERRING MATTER BACK TO
18                    Respondent.   )      MAGISTRATE JUDGE FOR FURTHER
    _____ )      PROCEEDINGS
19

20        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus

21   pursuant to 28 U.S.C. § 2254.

22        On January 27, 2006, the Magistrate Judge issued a Findings and Recommendation that

23   recommended Ground Three of the petition be DISMISSED without prejudice to refiling in a

24   separate action. This Findings and Recommendation was served on all parties and contained notice

25   that any objections to the Findings and Recommendation were to be filed within thirty (30) days of

26   the date of service of the order.  Over thirty (30) days have passed and no party has filed objections.

27        In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de*

28   *novo* review of the case.  Having carefully reviewed the entire file, the Court finds that the Findings

1   and Recommendation is supported by the record and proper analysis.

2          Accordingly, IT IS HEREBY ORDERED that:

3          1. The Findings and Recommendation issued January 27, 2006, is ADOPTED IN FULL;

4          2. Ground Three of the petition is DISMISSED without prejudice; and

5          3. The matter is REFERRED BACK to the Magistrate Judge for further proceedings.

6

7   IT IS SO ORDERED.

8   **Dated:    March 21, 2006**              **/s/ Anthony W. Ishii**
    0m8i78                                    UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28