1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

JOHN WADE LEWIS,                )        1:05-CV-0039 AWI SMS HC
                                )
                Petitioner,     )        ORDER REQUIRING PETITIONER TO
                                )        INFORM THE COURT WHETHER HE
        v.                      )        WILL CONSENT TO MAGISTRATE
                                )        JUDGE JURISDICTION
DERRAL G. ADAMS, Warden,        )
                                )
                Respondent.     )
_____)

        Petitioner is a state prisoner proceeding pro se with a habeas corpus action pursuant to 28

U.S.C. § 2254.

        On January 12, 2006, petitioner filed a petition for writ of habeas corpus and the Clerk of the

Court mailed a consent/decline form to petitioner, with information and instructions for informing

the Court whether he would consent to Magistrate Judge Jurisdiction.   Petitioner has not returned

the consent/decline form.   At this time, the court shall require petitioner to complete a

consent/decline form and return it to the court.

        Accordingly, petitioner is ORDERED to tell the Court whether he will consent to Magistrate

28

1

1    Judge Jurisdiction.  Petitioner must complete and return the consent/decline form within thirty (30)

2    days.  Failure to follow this order will result in a recommendation that this action be dismissed

3    pursuant to Local Rule 11-110.

4          The Clerk of the Court is DIRECTED to send to petitioner another copy of the

5    consent/decline form and the instructions for consent to Magistrate Judge Jurisdiction.

6    IT IS SO ORDERED.

7    **Dated:    June 26, 2006**                      **/s/ Sandra M. Snyder**
     23ehd0                                 UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2