IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **JOHN WADE LEWIS,** | 1:06-cv-00039-AWI-SMS HC |
| Petitioner, | **ORDER** |
| v. | Document No. 10 |
| **DERRAL G. ADAMS, Warden,** | |
| Respondent. | |

GOOD CAUSE HAVING BEEN SHOWN, Respondent is granted a thirty-day extension of time, to and including August 9, 2006, within which to file his response to the Petition.

IT IS SO ORDERED.

**Dated:    July 24, 2006**                           /s/ Sandra M. Snyder
23ehd0                                      UNITED STATES MAGISTRATE JUDGE

1