# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN WADE LEWIS, | ) | 1:06-CV-00039 SMS HC |
| | ) | |
| Petitioner, | ) | ORDER DENYING MOTION FOR |
| | ) | COUNSEL |
| v. | ) | [Doc. #25] |
| | ) | |
| DERRAL G. ADAMS, Warden, | ) | ORDER DENYING REQUEST FOR |
| | ) | EXTENSION OF TIME |
| Respondent. | ) | [Doc. #26] |
| | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On February 23, 2007, the Court issued an order denying the petition. Judgment was entered on the same date.

On April 26, 2007, Petitioner filed a request for an extension of time in which to file a notice of appeal/certificate of appealability to the Ninth Circuit Court of Appeals. Pursuant to Rule 4(a)(1)(A) of the Federal Rules of Appellate Procedure, the notice of appeal "must be filed with the district court within 30 days after the judgment or order appealed from is entered." Under Rule 4(a)(5)(A), the district court may extend the time to file a notice of appeal "if the party so moves no later than 30 days after the time prescribed by this Rule 4(a) expires" and the "party shows excusable neglect or good cause." Petitioner's request is late and he has not demonstrated good cause or excusable neglect.

1	Also on April 26, 2007, Petitioner filed a motion for the appointment of counsel. There
2	currently exists no absolute right to appointment of counsel in habeas proceedings. See e.g.,
3	Anderson v. Heinze, 258 F.2d 479, 481 (9th Cir.), cert. denied, 358 U.S. 889 (1958); Mitchell v.
4	Wyrick, 727 F.2d 773 (8th Cir.), cert. denied, 469 U.S. 823 (1984).  However, Title 18 U.S.C. §
5	3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so
6	require." See Rule 8(c), Rules Governing Section 2254 Cases.  In the present case, the Court does
7	not find that the interests of justice would be served by the appointment of counsel at the present
8	time.  Therefore, Petitioner's request for appointment of counsel is DENIED.

**ORDER**

Accordingly, IT IS HEREBY ORDERED:

1) Petitioner's request for an extension of time to file a notice of appeal is DENIED; and

2) Petitioner's motion for appointment of counsel is DENIED.

IT IS SO ORDERED.

**Dated:   May 4, 2007**              /s/ Sandra M. Snyder
                                              UNITED STATES MAGISTRATE JUDGE